# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

| | |
|---|---|
| NORDOCK, INC. | ) |
| | ) |
| Appellant, | ) |
| | ) CASE NO. 14-1762 |
| v. | ) |
| | ) |
| SYSTEMS, INC. | ) |
| | ) |
| Appellee. | ) |

## UNOPPOSED MOTION FOR EXTENSION OF
## TIME FOR FILING APPELLANT'S BRIEF

Appellant, Nordock, Inc., by its counsel, Jeffrey S. Sokol, respectfully requests the Court enlarge by 14 days, to and including November 10, 2014, the time to file the Appellant's brief. Counsel for Appellee consented to this request. This is Appellant's first request for an extension of time in this case. The Brief for Appellant is currently due to be filled on October 27, 2014. The extension of time is requested because of a death in the undersigned's immediate family.

WHEREFORE, Appellant respectfully requests that the time within which it must file its brief be extended by 14 days up to and including November 10, 2014.

Respectfully submitted,

**SOKOL LAW OFFICE**
Counsel for Appellant, Nordock, Inc.

/s/Jeffrey S. Sokol
Jeffrey S. Sokol

**P.O. ADDRESS:**
828 North Broadway
Milwaukee, WI 53202
414.272.7200 (telephone)
414.272.7204 (facsimile)

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

| | |
|---|---|
| NORDOCK, INC. ) | |
| ) | |
| Appellant, ) | |
| ) | CASE NO. 14-1762 |
| v. ) | |
| ) | |
| SYSTEMS, INC. ) | |
| ) | |
| Appellee. ) | |

## ORDER

Upon consideration of the Unopposed Motion for Extension of Time for Filing Appellant's Brief, it is this _____ of _____, 2014, by the United States Court of Appeals for the Federal Circuit,

ORDERED, that the time within which Appellant must file its brief is hereby extended by fourteen days to and including November 10, 2014.

For the Court:

_____

cc:   Jeffrey S. Sokol
      828 North Broadway, Suite 400
      Milwaukee, WI   53202
      414.272.7200

      Philip P. Mann
      1218 Third Avenue, Suite 1809
      Seattle, Washington 98101
      (206) 436-0900

UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

| | |
|---|---|
| NORDOCK, INC. | ) |
| | ) |
| Plaintiff-Appellant, | ) |
| | ) CASE NO. 14-1762 |
| v. | ) |
| | ) |
| SYSTEMS, INC. | ) |
| | ) |
| Defendant-Appellee. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2014, I electronically filed the foregoing Unopposed Motion for Extension of Time to File Appellant's Brief with the Clerk of the Court for the United States Court of Appeals for the Federal Circuit by using the Court's ECF system.

**SOKOL LAW OFFICE**
Counsel for Appellant, Nordock, Inc.

/s/Jeffrey S. Sokol
Jeffrey S. Sokol

**P.O. ADDRESS:**
828 North Broadway
Milwaukee, WI   53202
414.272.7200 (telephone)
414.272.7204 (facsimile)